UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - v. - | **ORDER** |
| STEVEN ANTONIUS, | 18 Cr. 601 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a change of plea hearing for Defendant Steven Antonius will be held telephonically on **Monday, October 26, 2020 at 2:30 p.m**.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone hearing by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. Two days before the hearing, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       October 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge