UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

STEVEN ANTONIUS,

           Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the change of plea hearing for Defendant Steven Antonius previously scheduled for November 2, 2020 is adjourned to **November 13, 2020 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of Jill Shellow, counsel to the Defendant, it is further ORDERED that the time from November 2, 2020 through November 13, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), in the interests of justice. The ends of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial, because the continuance will permit the parties to complete their discussions regarding a possible pretrial disposition.

Dated:  New York, New York
         November 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge