UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     -against-

STEVEN ANTONIUS,

            Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **Friday, April 9, 2021 at 12:00 p.m.** Any submissions on behalf of the Defendant are due **March 19, 2021**, and any submission by the Government is due on **March 26, 2021**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated:  New York, New York
       November 13, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge