UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

STEVEN ANTONIUS,

    Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The sentencing of the Defendant scheduled for April 30, 2021 at 12:00 p.m. will now take place on **April 30, 2021 at 9:00 a.m**.

Dated: New York, New York
      April 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge